UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| MARTIN RAY TWIST, CHEROKEE ENERGY COMPANY, LLC, and MARTIN TWIST ENERGY COMPANY, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:05-cv-187-SEB-WGH |
| vs. | ) ) | |
| JOSEPH ARBUSTO, DEAN CHARLES BAYER, JERRY and MERRILL HAAS, Trustees of the Jerry and Merrill Hass Trust, ROLAND B. LEONARD, Trustee of Roland B. Leonard Revocable Trust, JOHN R. and FRANCINE A. MANIS, Trustees of the Manis Family Trust U.D.T. Dtd. February 11, 1983, STEVE COLDWELL, Successor Trustee of William F. Marano Living Trust, DANIEL F. MCMASTER, BEVERLY CATHERINE ROMERO, ROY and RUTA SHELLEY, and GALE WHITAKER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiffs. Each party shall bear its own costs.

IT IS SO ORDERED.

Date: ___08/22/2008___

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Lee Scott Archer
VALENTI HANLEY & ROBINSON, PLLC
larcher@vhrlaw.com

Bryan J. Dillon
FORE MILLER & SCHWARTZ
bjdatty@aol.com

Marisa Janine-Page
PATRICIA A. MEYER & ASSOCIATES
mjaninepage@aol.com

Patricia A. Meyer
PATRICIA A. MEYER, APC
patmeyer@aol.com

William Henry Mooney
LYNCH COX GILMAN & MAHAN PSC
wmooney@lcgandm.com